COLEMAN v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. October 22, 1902.) No. 493. In Error to the Circuit Court of the United States for the Eastern District of Wisconsin. Elihu Coleman, for plaintiff in error. W. C. Phillips, for the United States. Dismissed pursuant to section 2, rule 23 (31 C. C. A. cxiv, 90 Fed. cxiv).

---

CONSUMERS' CARBON CO. et al. v. ELLIPTICAL CARBON CO. (Circuit Court of Appeals, Seventh Circuit. October 8, 1902.) No. 900. Appeal from the Circuit Court of the United States for the Northern Division of the Northern District of Illinois. Charles M. Peck, for appellant. Charles A. Brown, for appellee. Affirmed without opinion.

---

C. O. OWEN & CO. v. LAW. (Circuit Court of Appeals, Seventh Circuit. August 28, 1902.) No. 922. Appeal from the District Court of the United States for the Northern District of Illinois. A. N. Eastman and Frank White, for appellant. E. O. Brown, George Packard, and W. Tudor Ap Madoc, for appellee. Dismissed on stipulation of counsel.

---

DUKE v. DUPRE et al. (Circuit Court of Appeals, Fifth Circuit. December 9, 1902.) No. 1,045. Appeal from the Circuit Court of the United States for the Northern District of Texas. J. M. McCormick, for appellant. W. M. Sleeper, for appellee. Before PARDEE and SHELBY, Circuit Judges, and PARLANGE, District Judge.

PER CURIAM. We find no error in the rulings of the trial judge, nor on the face of the record, and the decree of the circuit court is affirmed.

---

DUPREE v. MANSUR & TIBBETTS IMPLEMENT CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 25, 1902.) No. 1,171. Appeal from the District Court of the United States for the Northern District of Texas. W. M. Sleeper, for appellant. Geo. Clark, D. C. Bolinger, James D. Williamson, and J. M. McCormick, for appellees. Before PARDEE and SHELBY, Circuit Judges, and BOARMAN, District Judge.

PER CURIAM. The transcript shows that much evidence was taken in the trial court, on which the report of the referee and the judgment of the trial judge denying the appellant a discharge were based. Without an agreed statement of facts or the production of the evidence taken in the court below, the appeal in this case cannot be considered. The judgment of the district court is affirmed.